United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1137
_____

Mario Gonzalez,                                    *
                                                   *
        Plaintiff - Appellant,                     *
                                                   *
    v.                                             *
                                                   *
Bureau of Reclamation; Wilbur Between *    Appeal from the United States
Lodges; Chuck Jacobs; Gerald Clifford;   *    District Court for the
G. Wayne Tapio; Gerald Big Crow;         *    District of South Dakota.
Duane Brewer; Archie Hopkins; Manuel *
Fool Head; David Pourier; Marlin         *         **[UNPUBLISHED]**
Weston; William Jumping Eagle;           *
Marvin Amiotte,                          *
                                         *
        Defendants - Appellees.          *

_____

Submitted:  October 24, 1997
    Filed:  December 5, 1997
_____

Before RICHARD S. ARNOLD, Chief Judge, LOKEN and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Mario Gonzalez was fired as attorney for the Oglala Sioux Rural Water Supply
System, a federally funded project to design and construct a rural water system, after
the Tribe hired a new Executive Director. Gonzalez then filed this action, claiming that

he was a victim not only of tribal politics, but also of a conspiracy by the tribal defendants to commit civil violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964, aided and abetted by the United States Bureau of Reclamation's violation of the Privacy Act, 5 U.S.C. § 552a. Defendants filed motions to dismiss, which the district court[1] converted into summary judgment motions. Gonzalez filed a cross motion for summary judgment based upon defendants' failure to file separate answers to his second amended complaint. The district court dismissed all of Gonzalez's claims, and he appeals, raising procedural and substantive issues.

After careful review of the record, we conclude that the procedural issues raised by Gonzalez are frivolous and that his substantive claims under RICO and the Privacy Act are totally without merit. An opinion discussing these issues would have no precedential value. Accordingly, we affirm. See 8th Cir. Rule 47B. The motions to strike a portion of Gonzalez's brief and addendum are granted. The tribal defendants' motion to supplement the record on appeal is denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE RICHARD H. BATTEY, Chief Judge of the United States District Court for the District of South Dakota.